Law Office of

# DANNY D. BRACE, JR.

901 H Street, Suite 500
Sacramento, CA  95814

**(916) 552-6660**
*fax (916) 447-0592*
email dbrace@bracelaw.com
sharon@bracelaw.com

August 30, 2010

MEMORANDUM **& ORDER**

To: Colleen Lydon, Courtroom Clerk to
the Edward J. Garcia

From:  Sharon Kae Chilton,
Legal Assistant to Danny D. Brace, Jr.

Subject:  United States v. Heracleo Montanes Gonzalez
          Cr.S-08-438 FCD

This Memorandum is to confirm defense counsels' request to continue the Judgment and Sentencing currently scheduled for September 10, 2010 to October 8, at 10:00 a.m.

The Courtroom Clerk has been notified and the Assistant United States Attorney Heiko Coppola and United States Probation Officer Hugo Ortiz have no objections to the new scheduled date.

/sc

**IT IS SO ORDERED this 1st day of September, 2010.**

                                    /s/ Edward J. Garcia
                                    U. S. DISTRICT JUDGE