1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )   Case No. 2:08-CR-0438 EJG
              Plaintiff,                 )
                                         )
     v.                                  )   **ORDER AS TO DISPOSAL OF**
                                         )   **FIREARMS SEIZED**
                                         )
HERACLEO MONTANES GONZALEZ,              )
                                         )
              Defendant.                 )

## O R D E R

Pursuant to the express terms of the plea agreement, the defendant has abandoned all right, title and interest in the following firearms and ammunition seized:

    1. Model SLR-95, Bulgarian 7.62x39mm assault rifle, unknown serial number and 30 rounds of ammunition;

    2. Olympic Arms .223 caliber rifle, serial number SM1168 and 30 rounds of ammunition;

    3. Raven Arms .25 caliber semi-automatic pistol, serial number 782625, with two magazines and 11 rounds of ammunition;

    4. Taurus 9mm semi-automatic pistol, serial number TJD33497, with two magazines and any 9mm ammunition seized.

1 | It is hereby ORDERED, THAT, the U.S. Forest Service may
2 | dispose of the aforementioned firearms and ammunition in
3 | accordance with their standard evidence destruction policies and
4 | procedures.

DATED: October 8, 2010

_____
EDWARD J. GARCIA
Senior U.S. District Judge