1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770



FILED
OCT 13 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )   Case No. 2:08-CR-0438 EJG
           Plaintiff,              )
                                   )
v.                                 )
                                   )   **ORDER AS TO DISPOSAL OF**
                                   )   **FIREARMS SEIZED**
HERACLEO MONTANES GONZALEZ,        )
                                   )
           Defendant.              )
_____

## O R D E R

Pursuant to the express terms of the plea agreement, the defendant has abandoned all right, title and interest in the following firearms and ammunition seized:

    1. Model SLR-95, Bulgarian 7.62x39mm assault rifle, unknown serial number and 30 rounds of ammunition;

    2. Olympic Arms .223 caliber rifle, serial number SM1168 and 30 rounds of ammunition;

    3. Raven Arms .25 caliber semi-automatic pistol, serial number 782625, with two magazines and 11 rounds of ammunition;

    4. Taurus 9mm semi-automatic pistol, serial number TJD33497, with two magazines and any 9mm ammunition seized.

1     It is hereby ORDERED, THAT, the U.S. Forest Service may
2 dispose of the aforementioned firearms and ammunition in
3 accordance with their standard evidence destruction policies and
4 procedures.

6 DATED: October __8__, 2010

                                                      EDWARD J. GARCIA
                                                      Senior U.S. District Judge